UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

CIVIL ACTION NO. 2015-02- WOB-CJS

GRANT LAMBERT                                              PETITIONER

VS.                              <u>ORDER</u>

SHANNON JONES, CHAIRPERSON
KENTUCKY PAROLE BOARD                                      RESPONDENT

This matter is before the Court on the Report and Recommendation (Doc. 14) of the Magistrate Judge, and petitioner having filed no objections thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the respondent's motion to dismiss or alternatively motion for extension of time to file answer (Doc. 10, 11) be, and hereby are, **granted**; that the petitioner's petition for writ of habeas corpus be, and it hereby is, **dismissed without prejudice** as duplicative of his already pending § 2254 Petition in case number 0:14-cv-165-DCR-REW (E.D.Ky. 2014); that this matter be **dismissed**, without prejudice, and **stricken** from the docket of this court. No certificate of appealability shall

issue herein. A separate Judgment shall enter concurrently herewith.

This 15th day of May, 2015.



Signed By:
William O. Bertelsman  WOB
United States District Judge